UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-21655-BLOOM/Otazo-Reyes

VICTORIA KITTERIELL,

    Plaintiff,

v.

ATTORNEY GENERAL OF THE UNITED STATES,
*et al*.

    Defendants.
_____/

## ORDER TO FILE SUMMONSES

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Federal Rule of Civil Procedure 4(m) requires service of the summons and complaint to be perfected upon defendants **within 90 days** after the filing of the complaint. Plaintiff filed this action on May 27, 2022, *see* ECF No. [1], generating an **August 25, 2022**, service deadline. To date, Plaintiff has not filed summonses in this action and service has therefore not been perfected. Accordingly, it is **ORDERED AND ADJUDGED** that **on or before July 26, 2022,** Plaintiff shall file summonses for all Defendants for issuance by the Clerk of Court, so that the United States Marshal's Service may effectuate service in accordance with 28 U.S.C. § 1915(d) and Rule 4(c)(3) of the Federal Rules of Civil Procedure.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 19, 2022.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record